**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Edgar Butler et al.,                                                    NO. C 06-02704 JW

              Plaintiffs,                          **ORDER VACATING HEARING ON**
  v.                                                                  **DEFENDANT'S MOTION TO DISMISS**

eBay, Inc.,

              Defendant.

_____/

      The Court deems Defendant's Motion to Dismiss in the above entitled matter appropriate for

submission on the papers.  <u>See</u> Civ. L.R. 7-1(b).  Accordingly, the hearing on September 11, 2006 is

vacated.

Dated: September 6, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Emily Fawne Burns burnsef@cooley.com
Eric N. Roberson eroberson@mulliganlaw.com

3   Heather Coe Meservy hmeservy@cooley.com
John C. Dwyer dwyerjc@cooley.com

4   Lori Ploeger lploeger@cooley.com
Michael Graham Rhodes rhodesmg@cooley.com

5   Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick J. Mulligan pmulligan@mulliganlaw.com

6

7

8   **Dated: September 6, 2006**                    **Richard W. Wieking, Clerk**

9                                                  **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
10                                                       **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28