| | |
|---|---|
| 1 | JACOBSON, RUSSELL, SALTZ & FINGERMAN, LLP |
| | MICHAEL J. SALTZ (msaltz@jrsfllp.com) |
| 2 | 10866 Wilshire Boulevard |
| | Suite 1550 |
| 3 | Los Angeles, CA 90024 |
| | Telephone: (310) 446-9900 |
| 4 | Facsimile: (310) 446-9909 |
| 5 | FEAZELL & TIGHE, L.L.P. |
| | AUSTIN TIGHE (entered *Pro Hac Vice*) (austin@feazell- |
| 6 | tighe.com) |
| | 6300 Bridgepoint Parkway |
| 7 | Bridgepoint 2, Suite 220 |
| | Austin, Texas 78730 |
| 8 | Telephone: (512) 372-8100 |
| | Facsimile: (512) 372-8140 |
| 9 | |
| | COOLEY GODWARD, LLP |
| 10 | MICHAEL G. RHODES (rhodesmg@cooley.com) |
| | 4401 Eastgate Mall |
| 11 | San Diego, CA 92121 |
| | Phone: (858) 550-6000 |
| 12 | Fax: (858) 550-6420 |
| 13 | COOLEY GODWARD, LLP |
| | JOHN C. DWYER (dwyerjc@cooley.com) |
| 14 | LORI R.E. PLOEGER (lploeger@cooley.com) |
| | Five Palo Alto Square |
| 15 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| 16 | Phone: (650) 843-5000 |
| | Fax: (650) 849-7400 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR BUTLER, | Case No. C-06-2704 JW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| EBAY, INC., | |
| Defendant. | CMC Date: October 2, 2006 |
| | Time: 10:00 a.m. |
| | Judge: Hon. James Ware |
| | Trial Date: None Set |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

737270 v1/PA

1.

STIP. TO CONTINUE CASE MANAGEMENT CONF.;
[PROPOSED] ORDER
C-06-2704 JW

1  **WHEREAS**, the Case Management Conference in this case is currently set for October 2,
2  2006;

3  **WHEREAS**, counsel for plaintiff observes Yom Kippur, which falls on October 2, 2006
4  this year;

5  **WHEREAS,** the parties wish to continue the case management conference and associated
6  deadlines, including the filing of a Joint Case Management Conference Report and to hold an
7  ADR Conference call;

8  **THEREFORE THE PARTIES HEREBY JOINTLY STIPULATE AND REQUEST** that the Court
9  continue the Case Management Conference currently set for October 2, 2006, until ~~October 16,~~
   October 30, 2006 at 10:00 AM
10 ~~2006~~, or a later date of the Court's choosing;

11 **THE PARTIES FURTHER JOINTLY STIPULATE AND REQUEST** that the Court continue the
12 deadline for the parties to participate in an ADR Phone Call and file a Joint Case Management
13 Conference Report accordingly.

14
15 Dated: September 22, 2006          FEAZELL & TIGHE, L.L.P.
16
17                                    ____s/ Austin Tighe_____
                                      Austin Tighe
                                      Attorneys for Plaintiff
18                                    EDGAR BUTLER

19 Dated: September 22, 2006          COOLEY GODWARD LLP
20
21
22                                    ____s/ Lori R.E. Ploeger_____
                                      Lori R.E. Ploeger
                                      Attorneys for Defendant
23                                    EBAY, INC.

24
25
26
27
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

737270 v1/PA                          2.                    **STIP. TO CONTINUE CASE MANAGEMENT
                                                            CONFERENCE; [PROPOSED] ORDER
                                                            C-06-2704 JW**

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _September 25, 2006_       /s/ James Ware

4                                                 United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

737270 v1/PA      3.      **STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**C-06-2704 JW**