**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edgar Butler, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>eBay Inc.,<br><br>  Defendant. | NO. C 06-02704 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On the Court's own motion, the case management conference presently scheduled for October 30, 2006 to **November 27, 2006 at 10 a.m.**

Dated: October 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Emily Fawne Burns burnsef@cooley.com
Eric N. Roberson eroberson@mulliganlaw.com
Heather Coe Meservy hmeservy@cooley.com
John C. Dwyer dwyerjc@cooley.com
Lori Ploeger lploeger@cooley.com
Michael Graham Rhodes rhodesmg@cooley.com
Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick J. Mulligan pmulligan@mulliganlaw.com


**Dated: October 25, 2006**                    **Richard W. Wieking, Clerk**


                                               **By:  /s/ JW Chambers
                                                      Elizabeth Garcia
                                                      Courtroom Deputy**