**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edgar Butler, | NO. C 06-02704 JW |
|         Plaintiff, | **SECOND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| eBay Inc., | |
|         Defendant. | |

On the Court's own motion, the case management conference presently scheduled for November 27, 2006 is continued to **December 18, 2006 at 10 AM.**

Dated: November 22, 2006

                                            JAMES WARE
                                            United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Emily Fawne Burns burnsef@cooley.com
Eric N. Roberson eroberson@mulliganlaw.com
3 Heather Coe Meservy hmeservy@cooley.com
John C. Dwyer dwyerjc@cooley.com
4 Lori Ploeger lploeger@cooley.com
Michael Graham Rhodes rhodesmg@cooley.com
5 Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick J. Mulligan pmulligan@mulliganlaw.com

**Dated: November 22, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**