IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edgar Butler,<br><br>        Plaintiff,<br><br>  v.<br><br>eBay, Inc., et al.,<br><br>        Defendant.<br>_____ / | No. C 06-02704 JW<br><br>**SCHEDULING ORDER FOR CLASS DISCOVERY** |

Upon filing, this case was scheduled for a case management conference on December 18, 2006. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, **the case management conference is vacated.**

Pursuant to the parties' agreement, this scheduling order is for discovery with respect to class certification only; merits discovery will commence post-certification. Accordingly, parties are ordered to comply with the following schedule:

**CASE SCHEDULE**

| | |
|---|---|
| **Close of All Discovery Relating to Class Certification** | **March 1, 2007** |
| **Last Date for Hearing on Motion for Class Certification** | **April 16, 2007** |

| Further Case Management Conference | May 14, 2007 |
|---|---|
| Joint Case Management Conference Statement Due (10 days before Conference date) | May 4, 2007 |
| Deadline for parties to contact Court's ADR Program to select and schedule ADR procedure (¶ 15) *(15 days after the date of this Order)* | December 27, 2006 |

None of the dates set in this order may be changed without an order of the court made after a motion is duly filed and made pursuant to the local rules of this court.

**Standing Order to Lodge Printed Copy of "ECF" Papers**

1. In all cases, including cases covered by the Electronic Case Filing System of the Court "ECF," when filing papers in connection with any motion or any pretrial conference, in addition to filing the paper electronically, the filing parties shall lodge with the Clerk's Office a printed copy of the papers, in an envelop clearly marked "Chamber's Copy – Lodged for the Chambers of Judge James Ware." The "Chamber's Copy" envelop must state the case name and case number and be delivered on or before the close of the next court day following the day the papers are filed electronically. See Standing Order Regarding Case Management in Civil Cases.

**Compliance with Discovery Plan and Reference to Magistrate Judge**

2. The Court adopts the Discovery Plan proposed by the parties in their Joint Case Management Statement. The parties are ordered to comply with the discovery plan. Any disputes with respect to the implementation of the discovery plan and all disclosure or discovery disputes are referred to the assigned Magistrate Judge. In addition, any disputes pertaining to service or joinder of parties or claims are referred to the assigned Magistrate Judge.

**Document Management During Pretrial Discovery and Electronic Evidence Presentation**

3. This Court has available a digital and video electronic evidence presentation system. Before commencement of pretrial discovery, the parties are ordered to familiarize themselves with the system, and to meet and confer about whether the case will involve voluminous documentary. If so, as the parties identify documentary material which is likely to be used as trial

2

exhibits, the parties are ordered to electronically store these materials in a fashion which will facilitate displaying them electronically during the trial. The parties are reminded that Civil L.R. 30-2(b) requires sequential numbering of exhibits during depositions and that numbering must be maintained for those exhibits throughout the litigation. Each proposed exhibit shall be pre-marked for identification. All exhibits shall be marked with numerals. The parties shall meet and confer on a division which will avoid duplication (e.g., Plaintiff: 1-99,000; Defendant #1: 100,000-299,999; Defendant #2: 300,000-500,000).

**Close of Class Certification Discovery**

4.      Pursuant to Civil L.R. 26-2, all discovery must be completed on or before the deadline set forth in the Case Schedule above.

**Alternative Dispute Resolution**

5. The parties are referred to the Court's ADR Program at (415) 522-2199. No later than the deadline set forth in the Case Schedule, the parties shall contact the ADR Program.

Dated:  December 13, 2006

JAMES WARE
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Austin P. Tighe austin@feazell-tighe.com
Emily Fawne Burns burnsef@cooley.com
Eric N. Roberson eroberson@mulliganlaw.com
Heather Coe Meservy hmeservy@cooley.com
John C. Dwyer dwyerjc@cooley.com
Lori Ploeger lploeger@cooley.com
Michael Graham Rhodes rhodesmg@cooley.com
Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick J. Mulligan pmulligan@mulliganlaw.com

**Dated: December 13, 2006**                                   **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**