**GRANTED**
*/s/ James Ware*
Judge James Ware

JACOBSON, RUSSELL, SALTZ & FINGERMAN, LLP
MICHAEL J. SALTZ (msaltz@jrsfllp.com)
10866 Wilshire Boulevard
Suite 1550
Los Angeles, CA  90024
Telephone: (310) 446-9900
Facsimile:  (310) 446-9909

FEAZELL & TIGHE, L.L.P.
AUSTIN TIGHE  (entered *Pro Hac Vice*) (austin@feazell-tighe.com)
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, Texas  78730
Telephone:  (512) 372-8100
Facsimile:  (512) 372-8140

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (rhodesmg@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Phone:  (858) 550-6000
Fax:  (858) 550-6420

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (dwyerjc@cooley.com)
LORI R.E. PLOEGER (lploeger@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:  (650) 849-7400

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDGAR BUTLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EBAY, INC.,<br><br>　　　　　Defendant. | Case No.  C-06-2704 JW<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

**WHEREAS** the Court granted Defendant eBay's Motion to Dismiss for failure to state a claim upon which relief could be granted on December 12, 2006;

**WHEREAS** the Court's order did not dispose of all claims alleged in the Complaint, and an Answer to the remaining claims would be due on or before December 22, 2006;

**WHEREAS** the parties wish to extend the time for eBay to answer the Complaint;

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. The deadline for eBay to file an Answer to the Complaint is extended to January 5, 2007.

*I, Lori R.E. Ploeger, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Answer. In compliance with General Order 45.X.B., I hereby attest that Austin Tighe has concurred in this filing.*

Dated: December 20, 2006        FEAZELL & TIGHE, L.L.P.


                                 /s/ Austin Tighe
                                Austin Tighe
                                Attorneys for Plaintiff
                                EDGAR BUTLER


Dated: December 20, 2006        COOLEY GODWARD KRONISH LLP


                                /s/ Lori R.E. Ploeger

                                Lori R.E. Ploeger
                                Attorneys for Defendant
                                EBAY, INC.