1   COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   4401 Eastgate Mall
    San Diego, CA 92121
3   Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420
4
    COOLEY GODWARD KRONISH LLP
5   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
    LORI R.E. PLOEGER (202113) (ploegerle@cooley.com)
6   Five Palo Alto Square
    3000 El Camino Real
7   Palo Alto, CA  94306-2155
    Telephone:    (650) 843-5000
8   Facsimile:    (650) 849-7400

9   Attorneys for Defendant
    eBay Inc.
10
    JACOBSON, RUSSELL, SALTZ & FINGERMAN, LLP
11  MICHAEL J. SALTZ (msaltz@jrsfllp.com)
    10866 Wilshire Boulevard
12  Suite 1550
    Los Angeles, CA  90024
13  Telephone: (310) 446-9900
    Facsimile:  (310) 446-9909
14
    FEAZELL & TIGHE, L.L.P.
15  AUSTIN TIGHE  (entered *Pro Hac Vice*) (austin@feazell-
    tighe.com)
16  6300 Bridgepoint Parkway
    Bridgepoint 2, Suite 220
17  Austin, Texas  78730
    Telephone:  (512) 372-8100
18  Facsimile:  (512) 372-8140

19  Attorneys for Plaintiff
    EDGAR BUTLER
20

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23                          SAN JOSE DIVISION

24

25  EDGAR BUTLER,                          Case No.  C-06-2704 JW

26              Plaintiff,                 **Joint Stipulation of Dismissal and Order Thereon**

27       v.

28  EBAY, INC.,

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD                    1.            **JOINT STIPULATION OF DISMISSAL**
                                              **C-06-2704 JW**

1

2                   Defendant.

3

4       **WHEREAS**, since the Court's Order filed December 13, 2006 in which the Court granted

5 defendant eBay Inc.'s ("eBay") motion to dismiss the Complaint's Third Cause of Action under

6 the California Auction Act (Cal. Civ. Code Sections 1812.600 *et seq.),* the parties hereto through

7 their respective counsel of record have met and conferred on multiple instances to discuss the

8 possible resolution of this case; and

9       **WHEREAS**, the parties through such counsel have reached agreement on the terms and

10 conditions expressed in this Stipulation regarding dismissal of this action;

11       **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN**, by and through their

12 undersigned counsel and representative plaintiff, subject to the approval of the Court, as follows:

13       1.      The Court's Order filed December 13, 2006 holding that, among other

14             things, eBay is not bound, encompassed, or otherwise governed by the

15             California Auction Act is accepted by the parties and their counsel as

16             binding legal precedent and law of this case.

17       2.      Within ninety (90) calendar days of the Court's execution and entry of this

18             Stipulation and Order, eBay (defined herein to mean eBay Inc. and its

19             directly and wholly owned United States subsidiaries) shall institute

20             commercially reasonable measures consistent with industry custom and

21             practice to place upon its website (www.ebay.com, the "Website")

22             appropriate cautionary language advising sellers who list items for sale on

23             the Website of the following:  "Your listing may not appear on the Website

24             immediately upon insertion, and in fact may be delayed from several hours

25             to upwards of an entire day.  Any such delay is the byproduct of eBay's

26             ordinary and customary efforts to screen listings for compliance with

27             company policies and procedures, including for example and (without

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

2.

**EBAY'S INITIAL DISCLOSURES**
**C-06-2704 JW**

limitation) policies and procedures designed to prevent fraud or violations of the offensive materials policies.  Accordingly, when selecting a listing duration form the options given, please understand that the actual length of a listing available on the Website will be less than the literal duration selected" (such language shall be referred to herein for brevity as the "Disclaimer").   The actual language of the Disclaimer may vary from the language set forth above as long as the substance of such language is provided.  In light of dynamic and changing nature of the Website, eBay reserves the right to make unilateral and periodic changes to the Disclaimer and further reserves the right to discontinue the Disclaimer entirely if circumstances materially change such that it is no longer necessary or appropriate (for example only and without limitation, if all listings eventually are delayed for pre-insertion screening by eBay, then eBay may discontinue the Disclaimer).  The location of the Disclaimer on the Website and page flows therein shall be at eBay's sole and complete discretion.

3.     In consideration of the curative disclosure being made pursuant to Paragraph 2 hereof and in further recognition of the difficulty that individual proposed class members would have in attempting to establish and prove under prevailing legal requirements recoverable damages claims on an individual or class basis, all class damages or economic claims for relief of every kind and nature (for example and without limitation, compensatory, consequential or punitive damages or claims for economic restitution or disgorgement) are hereby dismissed without prejudice with respect to the proposed class.   In all other respects, however, this Stipulation and Order is binding upon the proposed class pursuant to Federal Rule of Civil Procedure 23(b)(2) without the need for any class notice given that only injunctive and equitable relief is being obtained hereby.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

3.

EBAY'S INITIAL DISCLOSURES
C-06-2704 JW

4.         Except for the rights and obligations created by this Stipulation and Order and excluding those matters expressly reserved (and dismissed without prejudice) as specified in Paragraph 3 hereof, plaintiff Edgar Butler and the proposed class consisting of all persons who within the past four calendar years from the date that this Stipulation and Order is executed and entered by the Court who have paid money to eBay to use eBay's services and Website to post items for sale (collectively "Plaintiffs"), hereby fully, completely and generally forever release eBay and its agents, employees, representatives, predecessors, successors, affiliates, parent and subsidiary entities, assigns, shareholders, officers, directors, attorneys, insurers, heirs, executors and administrators, from any and all claims, rights, demands, obligations, agreements, contracts, representations, and promises of actions of every kind and nature, whether known or unknown, suspected or unsuspected, existing or claimed to exist, arising from or relating to the allegations of the complaint in this action.  Plaintiffs acknowledge that they have read, considered and understand the provisions and significance of Section 1542 of the California Civil Code, which presently provides as follows:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

Plaintiff expressly waives any and all rights he has or may have under Civil Code § 1542 as now worded or hereafter amended.   In connection with this waiver, Plaintiff acknowledges that he is aware that he may hereafter discover claims presently unknown or unsuspected or facts in addition to or different from those which he now knows or believes to be

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

4.

eBay's INITIAL DISCLOSURES
C-06-2704 JW

1   true with respect to the claims, matters and causes of action released

2   herein.

3   5.     eBay shall pay the sum of $210,000 via check made payable to the law

4          firm trust account of Feazell & Tighe, c/o Austin Tighe.  The foregoing

5          payment shall be made within thirty (30) calendar days of the execution

6          and entry of this Stipulation and Order by the Court.   Excluding such

7          payment, the parties shall respectively bear all of their costs and attorneys'

8          fees incurred in connection with this action.

9   6.     Pursuant to this Stipulation, this action is hereby dismissed in its entirety

10         with prejudice as to plaintiff Edgar Butler and the proposed class (as

11         defined in Paragraph 4 hereof) except as otherwise expressly reserved as

12         specified in Paragraph 3 hereof.

13  7.     The Court reserves jurisdiction to enforce the terms and conditions of this

14         Stipulation

15      Having read and understood the foregoing, and having obtained the express permission

16  and consent of their respective clients with respect thereto, the undersigned counsel of record and

17  named representative plaintiff hereby acknowledge their agreement and consent hereto by signing

18  below.

19

20

21

22

23

24

25

26

27

28

Cooley Godward LLP
Attorneys At Law
San Diego

527011 v1/SD

5.

eBay's Initial Disclosures
C-06-2704 JW

1    Dated:  _February 16, 2007_                Feazell & Tighe, L.L.P.

2
                                              /s/See Attachment A____
3                                             Austin Tighe
                                              Attorneys for Plaintiff
4                                             EDGAR BUTLER

5
                                              /s/See Attachment A____
6                                             Mr. Edgar Butler

7
     Dated:  _February 16, 2007_                Cooley Godward KRONISH LLP
8

9
                                              /s/See Attachment A____
10                                            Michael G. Rhodes
                                              Attorneys for Defendant
11                                            EBAY, INC.

12
          **IT IS SO ORDERED.**
13

14
     Dated:  _February 21_, 2007
15                                            _____
                                              The Honorable James Ware
16                                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 16, 2007, I electronically filed this **JOINT STIPULATION OF DISMISSAL AND ORDER THEREON** using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Michael J. Saltz                                    email:
Jacobson, Russell, Saltz & Fingerman, LLP           msaltz@jrsfllp.com
10866 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

Austin Tighe, Esq.                                  email:
Feazell & Tighe LLP                                 austin@feazell-tighe.com
6300 Bridgepoint Parkway
Suite 220
Austin, TX 78730

I also hereby certify under penalty of perjury that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I placed copies of this **JOINT STIPULATION OF DISMISSAL AND ORDER THEREON** into envelope(s) and caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California, to be served on the parties listed below by First Class Mail on this 16th day of February 2007:

Patrick Mulligan
Eric Roberson
The Law Office of Patrick J. Mulligan, P.C.
911 Turtle Creek Blvd.
Suite 900
Dallas, TX 75219
**VIA FIRST CLASS MAIL**

/s/Kendra A. Jones
*Kendra A. Jones*
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email:  hmeservy@cooley.com

Attorneys for Defendant eBay Inc.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

7.

**EBAY'S INITIAL DISCLOSURES
C-06-2704 JW**